AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-CR-6140FPG |
| PATRICK W. CARLINEO, JR. | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/18/2019

_Patrick Carlineo Jr._
*Defendant's signature*

_Sonya A. Zoghlin_
*Signature of defendant's attorney*

Sonya A. Zoghlin, Esq.
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

Hon. Frank P. Geraci, Chief U.S. District Judge
*Judge's printed name and title*