IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                       19-CR-6140FPG

PATRICK W. CARLINEO, JR.,

                Defendant.

## STATEMENT OF THE GOVERNMENT
## WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE** that the government adopts the findings of the Pre-Sentence Investigation Report (PSR) (revised January 24, 2020) with respect to sentencing factors except as to the findings relating to the base offense level and the applicability of the three-level enhancement under U.S.S.G. § 3A1.1(a). The Sentencing Guideline calculations in the PSR differ from those in the plea agreement in that the PSR determined the based offense level to be 14 under U.S.S.G. § 2K2.1(a)(6) and applied the three-level increase under U.S.S.G. § 3A1.1(a). Pursuant to United States v. Lawlor, 168 F.3d 633 (2d Cir. 1999), the government is bound to advocate the calculations in the plea agreement.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three (3) business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $200 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

>Asset Forfeiture/Financial Litigation Unit
>U.S. Attorney's Office WDNY
>138 Delaware Avenue
>Buffalo, New York 14202

If a letter is not received within ten (10) days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

DATED:   Rochester, New York, February 7, 2020.

>JAMES P. KENNEDY, JR.
>United States Attorney
>
>BY:   s/BRETT A. HARVEY
>Assistant United States Attorney
>United States Attorney's Office
>Western District of New York
>500 Federal Courthouse
>100 State Street
>Rochester, New York 14614
>585/399-3949
>Brett.Harvey@usdoj.gov

TO:   Sonya A. Zoghlin, Esq.

Counsel for the Defendant

Erin N. Wong
United States Probation Officer

3